UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN HALL,

        Plaintiff(s),                  CASE NO. 08-14709

v.

                                      HONORABLE AVERN COHN

MICHAEL WARREN, et al,

        Defendant(s).

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO SET TRIAL DATE

Before the Court is plaintiff's Motion to Set Trial Date.  Plaintiff's counsel seeks to have the trial in this matter scheduled during the first two weeks of February 2013.  Defendants do not object.  The Court being fully advised in the premises,

IT IS ORDERED that the motion is granted.  A jury trial in this matter is set for Monday, January 28, 2013 at 9:00 a.m.

SO ORDERED.


Dated: October 15, 2012        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2012, by electronic and/or ordinary mail.


                                        s/Julie Owens
                                        Case Manager, (313) 234-5160